01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08  UNITED STATES OF AMERICA,           )    CASE NO. 06-503M
                                        )
09              Plaintiff,              )
                                        )
10       v.                             )
                                        )    DETENTION ORDER
11  CHARLES GARY FELTS,                 )
                                        )
12              Defendant.              )
    _____ )

13

14  <u>Offense charged</u>:

15       Mailing Threatening Communications

16  <u>Date of Detention Hearing</u>:    October 4, 2006

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       (1)     Defendant   is   charged   by   complaint   with   mailing   threatening   written

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 1

01   communications to a United States District Judge and a United States Magistrate Judge in this

02   district.

03        (2)     Defendant has a 45 year criminal history that includes prior convictions for

04   threatening federal and state judges.  He also has a history of failing to appear for a court hearing.

05   He has been incarcerated for the past five years, prior to being taken into federal custody for the

06   instant charges.

07        (3)     He indicates lack of amenability to mental health treatment.  He has a past history

08   of substance abuse.

09        (4)     He poses a risk of danger due to the nature of the charges, undiagnosed mental

10   health issues, unwillingness to participate in a mental health/psychiatric evaluation or treatment,

11   and his criminal history.  He poses a risk of nonappearance due to the mental health issues, lack

12   of ties to this district and a history of failing to appear.

13        (5)     There does not appear to be any condition or combination of conditions that will

14   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15   to other persons or the community.

16   It is therefore ORDERED:

17        (1)     Defendant shall be detained pending trial and committed to the custody of the

18              Attorney General for confinement in a correction facility separate, to the extent

19              practicable, from persons awaiting or serving sentences or being held in custody

20              pending appeal;

21        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

22              counsel;

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                  Rev. 1/91
PAGE 2

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 3